IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEAU HOUSTON GRAY,  No. 2:17-cv-1172-GEB-CMK-P

    Petitioner,

  vs.  ORDER

SHAWN HATTON,

    Respondent.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 16) to file a response to the motion to dismiss filed by respondent(s). Petitioner requests an 120 day extension due to lack of access to the law library. Good cause appearing therefor, the request is granted up to 60 days. If petitioner is unable to access the law library and file a response within that time-frame, he may file another request for additional time. Petitioner may file a response within 60 days of the date of this order.

    IT IS SO ORDERED.

DATED: January 16, 2018

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE